Melissa R. Theriault, #6-4266
Alexander R. Taylor #8-7252
Woodhouse Roden Ames & Brennan, LLC
1912 Capitol Ave., Suite 500
Cheyenne, WY 82001
(307) 432-9399
melissa@wrablaw.com
alex@wrablaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TAN BOON KIAT, a.k.a STEVE TAN, AS INDIVDUAL;  )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>LUCAS EMANUEL URIA THEIS, a.k.a)<br>LUKE BELMAR, AS INDIVIDUAL; LARA)<br>ELYSE URIA THESIS, AS INDIVIDUAL;)<br>CAPITAL CLUB LLC, A WYOMING)<br>LIMITED LIABILITY COMPANY;  )<br>)<br>Defendants.  )<br>) | Civil Case No. 2:25-cv-00214-KHR |

## DEFENDANT CAPITAL CLUB LLC's STIPULATED MOTION TO SET ASIDE ENTRY OF DEFAULT

Defendant Capital Club LLC, by and through counsel, Melissa R. Theriault of Woodhouse Roden Ames & Brennan, LLC, and pursuant to FED. R. CIV. P. 55(c) hereby moves the Court for an order setting aside the *Entry of Default Against Defendant Capital Club LLC* entered herein on October 10, 2025.

In support thereof, Defendant asserts there is good cause for dismissal of this *Entry of Default* because Defendant's Registered Agent failed to timely notify Defendant of service of the *Complaint* filed and *Summons* issued herein. As further support for this *Motion*, Defendant asserts that Plaintiff stipulates to this Motion.

WHEREFORE, Defendant Capital Club LLC respectfully requests the Court, finding good cause, grants *Defendant Capital Club LLC's Motion to Set Aside Entry of Default* and allow Defendant to defend against this action on the merits.

DATED this 21st day of October 2025.

*/s/ Melissa R. Theriault*
Melissa R. Theriault, #6-4266
Alexander R. Taylor #8-7252
Woodhouse Roden Ames & Brennan, LLC
1912 Capitol Ave., Suite 500
Cheyenne, WY  82001
(307) 432-9399
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October 2025, a true and correct copy of the foregoing document was served upon the following persons via CM/ECF.

Bradley L. Booke, #5-1676
LAW OFFICE OF BARDLEY L. BOOKE
Box 13160
Jackson, WY 83001

Raeesabbas Mohamed, Esq. (AZ Bar #027418)
RM Warner, PLC
8283 N. Hayden Rd., Suite 229
Scottsdale, AZ 85258
*Pro hac vice*

/s/ Tara Fugate

Of: Woodhouse Roden Ames & Brennan, LLC

2