FILED

Margaret Botkins
Clerk of Court

1:28 pm, 10/22/25

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TAN BOON KIAT, a.k.a STEVE TAN, AS INDIVDUAL; <br><br> Plaintiff, <br><br> vs. <br><br> LUCAS EMANUEL URIA THEIS, a.k.a LUKE BELMAR, AS INDIVIDUAL; LARA ELYSE URIA THESIS, AS INDIVIDUAL; CAPITAL CLUB LLC, A WYOMING LIMITED LIABILITY COMPANY; <br><br> Defendants. | Civil Case No. 2:25-cv-00214-KHR |

**ORDER GRANTING DEFENDANT CAPITAL CLUB LLC's STIPULATED MOTION TO SET ASIDE ENTRY OF DEFAULT**

THIS MATTER, having come before the Court on Defendant Capital Club LLC's Stipulated Motion to Set Aside Entry of Default, and the Court, being advised in the premises and finding good cause, hereby GRANTS the Motion.

IT IS THEREFORE ORDERED THAT the clerk's October 10, 2025 *Entry of Default* (ECF 12) against Defendant Capital Club LLC is VACATED.

Dated this 22nd day of October 2025.

_____
Honorable Kelly H. Rankin