Melissa R. Theriault, #6-4266
Alexander R. Taylor #8-7252
Woodhouse Roden Ames & Brennan, LLC
1912 Capitol Ave., Suite 500
Cheyenne, WY 82001
(307) 432-9399
melissa@wrablaw.com
alex@wrablaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TAN BOON KIAT, a.k.a STEVE TAN, AS INDIVDUAL; <br><br> Plaintiff, <br><br> vs. <br><br> LUCAS EMANUEL URIA THEIS, a.k.a LUKE BELMAR, AS INDIVIDUAL; LARA ELYSE URIA THEIS, AS INDIVIDUAL; CAPITAL CLUB LLC, A WYOMING LIMITED LIABILITY COMPANY; <br><br> Defendants. | Civil Case No. 2:25-cv-00214-KHR |

### DEFENDANTS' MOTION TO DISMISS

Defendants Capital Club LLC, Lucas Uria Theis, a.k.a. Luke Belmar, and Lara Uria Theis, by and through counsel, Melissa R. Theriault of Woodhouse Roden Ames & Brennan, LLC, and pursuant to Fed. R. Civ. P. 12(b), hereby move this Court for entry of an Order dismissing this action against all Defendants for the reasons detailed in the *Memorandum in Support of Defendants' Motion to Dismiss* filed concurrently herewith and incorporated herein by reference, which includes the following:

1) This Court lacks personal jurisdiction over the Luke and Lara Theis; alternatively,

2) This Court is not the proper venue;

3) Plaintiff fails to allege fraud with particularly; and

4) Plaintiff fails to state a claim upon which relief can be granted.

WHEREFORE, Defendants respectfully request the Court enter an Order dismissing all Defendants from this action, with prejudice.

DATED this 5th day of November 2025.

/s/ Melissa R. Theriault
Melissa R. Theriault, #6-4266
Alexander R. Taylor #8-7252
Woodhouse Roden Ames & Brennan, LLC
1912 Capitol Ave., Suite 500
Cheyenne, WY 82001
(307) 432-9399
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of November 2025, a true and correct copy of the foregoing document was served upon the following persons via CM/ECF.

Bradley L. Booke, #5-1676
LAW OFFICE OF BARDLEY L. BOOKE
Box 13160
Jackson, WY 83001

Raeesabbas Mohamed, Esq. (AZ Bar #027418)
RM Warner, PLC
8283 N. Hayden Rd., Suite 229
Scottsdale, AZ 85258
*Pro hac vice*

/s/ Nichole Leibrich

Of: Woodhouse Roden Ames & Brennan, LLC

2