Melissa R. Theriault, #6-4266
Alexander R. Taylor #8-7252
Woodhouse Roden Ames & Brennan, LLC
1912 Capitol Ave., Suite 500
Cheyenne, WY 82001
(307) 432-9399
melissa@wrablaw.com
alex@wrablaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TAN BOON KIAT, a.k.a STEVE TAN, AS INDIVDUAL; <br><br> Plaintiff, <br><br> vs. <br><br> LUCAS EMANUEL URIA THEIS, a.k.a LUKE BELMAR, AS INDIVIDUAL; LARA ELYSE URIA THEIS, AS INDIVIDUAL; CAPITAL CLUB LLC, A WYOMING LIMITED LIABILITY COMPANY; <br><br> Defendants. | Civil Case No. 2:25-cv-00214-KHR |

## DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS

Defendants Capital Club LLC, Lucas Uria Theis, a.k.a. Luke Belmar, and Lara Uria Theis, by and through counsel, Melissa R. Theriault of Woodhouse Roden Ames & Brennan, LLC, hereby submit their *Reply Memorandum in Support of Defendants' Motion to Dismiss* in support of Defendants' Motion to Dismiss, ECF 18, 19.

DATED this 9th day of December 2025.

/s/ Melissa R. Theriault
Melissa R. Theriault, #6-4266
Alexander R. Taylor #8-7252
Woodhouse Roden Ames & Brennan, LLC
1912 Capitol Ave., Suite 500
Cheyenne, WY 82001
(307) 432-9399

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December 2025, a true and correct copy of the foregoing document was served upon the following persons via CM/ECF.

Bradley L. Booke
LAW OFFICE OF BARDLEY L. BOOKE
Box 13160
Jackson, WY 83001

Raeesabbas Mohamed
RM Warner, PLC
8283 N. Hayden Rd., Suite 229
Scottsdale, AZ 85258
*Pro hac vice*

                                                    */s/ Melissa R. Theriault*
                                                    Of: Woodhouse Roden Ames & Brennan, LLC